# PD-0728-15

NO. _____

IN THE COURT OF CRIMINAL APPEALS OF TEXAS

AT AUSTIN, TEXAS

JOSE DIAZ PEREZ

Petitioner,

v.

THE STATE OF TEXAS

RECEIVED IN
COURT OF CRIMINAL APPEALS
JUN 26 2015

Abel Acosta, Clerk

FILED IN
COURT OF CRIMINAL APPEALS
JUN 26 2015

Abel Acosta, Clerk

---

ON PETITION FOR DISCRETIONARY REVIEW FROM THE TWELFTH COURT OF APPEALS, COA#12-14-00116-CR, TRIAL COURT THE SECOND JUDICIAL DISTRICT, CHEROKEE COUNTY, TEXAS NO.18373.

---

MOTION FOR EXTENSION OF TIME TO FILE THE PETITION FOR DISCRETIONARY REVIEW

---

Petitioner's conviction was affirmed on May 29, 2015. Appellate Counsel has informed Petitioner that he will withdraw from the appeal. Petitioner requires time to attempt to retain private counsel, or to research and prepare and file a pro se PDR. In these regards, Petitioner respectfully request an extension up to and including August 29, 2015 to file his PDR with this Court.

RESPECTFULLY SUBMITTED,

June 9. 2015

_____
JOSE DIAZ PEREZ

## CERTIFICATE OF SERVICE

I hereby certify that I mailed a true and correct copy of the fore-going to the Cherokee County District Attorney, West 6th Street, Rusk, Texas 75785 via U.S. mail.

June 9, 2015

_____
JOSE DIAZ PEREZ